IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAMEN NEIL VANATTA,

      Plaintiff,

 v.

RANDALL R. HEPP, JOHN MAGGIONCALDA,
CANDACE WHITMAN, CHARLES LARSON,
STEVEN L. SISBACH, DAVID BORKHAM,
JULIE LUDWIG, RANDY MATTISON,
PETE GALLUM, and L. BARTOW.

      Defendants.

ORDER

18-cv-901-jdp

---

Plaintiff Damen Neil Vanatta, appearing pro se, is a prisoner at Fox Lake Correctional Institution. Vanatta brings this lawsuit under 42 U.S.C. § 1983, alleging that defendant prison officials are subjecting him to unsafe drinking water. Vanatta's complaint was screened by the United States District Court for the Eastern District of Wisconsin and then transferred to this court. Defendants have filed an answer.

The case would usually progress to a preliminary pretrial conference before Magistrate Judge Stephen Crocker. But I will instruct the clerk of court to hold off on scheduling such a conference for the time being. The court has already consolidated several cases about the water quality at Fox Lake Correctional Institution, recruited counsel to represent those plaintiffs, and appointed experts on water quality and medical and toxicology issues. *See Stapleton v. Hepp*, 16-cv-406-jdp. The Eastern District noted that Vanatta has asked to be assigned plaintiffs' counsel from those cases, but the litigation has proceeded past the point where it would be appropriate to add new plaintiffs. Because the *Stapleton* case should resolve at least some of the issues in Vanatta's case, I will stay this case until *Stapleton* is finished.

ORDER

IT IS ORDERED that this case is STAYED pending resolution of *Stapleton v. Hepp*, 16-cv-406-jdp (W.D. Wis.).

Entered January 7, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge